ORIGINAL

FILED

01/10/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 07-0011

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 07-0011

FILED

JAN 1 0 2025

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF CALLING A RETIRED
DISTRICT JUDGE TO ACTIVE SERVICE

ORDER

Department 2 in the Twentieth Judicial District is vacant. Honorable District Court Judge Molly Owen has requested the assistance of retired District Judge Robert G. Olson to assist the Twentieth Judicial District Court with Department 2's Law and Motion calendar on January 30, 2025, and on an as-needed basis until a judge is sworn in.

Judge Olson has retired under the provisions of the Montana Judges' Retirement System and, being subject to call for duty pursuant to § 19-5-103(a) and (b), MCA, has advised that he is agreeable to assisting the Twentieth Judicial District Court with the above-listed matters.

IT IS HEREBY ORDERED:

1. Honorable Robert G. Olson, retired District Judge, is hereby called to active service in the District Court of the Twentieth Judicial District of the State of Montana to assist with Department 2's Law and Motion calendar on January 30, 2025, and on an as-needed basis until a judge is sworn in.

2. For all active service, Judge Olson shall be paid the salary compensation to which he is entitled by § 19-5-103(2)(b), MCA, and actual expenses, if any, shall be reimbursed.

3. A copy of this Order shall be filed with the Clerks of Court in Lake and Sanders Counties, with the request that this Order be sent to all counsel of record in the above-listed matters.

4. A copy of this Order shall also be furnished to Judge Molly Owen, Judge Robert G. Olson, and to Cathy Pennie, Office of the Supreme Court Administrator.

The Chief Justice enters this Order pursuant to Article VII, Section 6(3) of the 1972 Montana Constitution, and statutes enacted in conformity therewith and in implementation thereof.

DATED this 9th day of January, 2025.

_____
Chief Justice

2